# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Darvice Robinson )
_____ )   Case Number: 15-722-SMY
_____ )                (Clerk's Office will provide)
*Plaintiff/Petitioner(s)* )
v. )   ☐ CIVIL RIGHTS COMPLAINT
Madison County Jail )       pursuant to 42 U.S.C. §1983 (State Prisoner)
Dana Randolph )   ☐ CIVIL RIGHTS COMPLAINT
_____ )       pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_____ )   ☑ CIVIL COMPLAINT
*Defendant/Respondent(s)* )       pursuant to the Federal Tort Claims Act,
                              28 U.S.C. §§1346, 2671-2680, or other law

**FILED**
JUL - 2 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## I. JURISDICTION

Plaintiff: Darvice Robinson

A. Plaintiff's mailing address, register number, and present place of confinement.

Darvice Robinson # 88614
405 Randle street
Edwardsville, IL. 62025

Defendant #1:

B. Defendant **Gary Bost** is employed as
   (a) (Name of First Defendant)

   **Capt**
   (b) (Position/Title)

with **Madison County Jail**
   (c) (Employer's Name and Address)

405 Randle street Edwardsville, IL. 62025

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☑ Yes   ☐ No

If your answer is YES, briefly explain:  Capt of Madison County Jail

**Defendant #2:**

C.  Defendant _Dana Randolph_ is employed as
(Name of Second Defendant)

_inmate,_
(Position/Title)

with _n/a_
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☐ Yes   ☑ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**

D.  Using the outline set forth above, identify any additional Defendant(s).

(Rev. 7/2010)                                2

II. **PREVIOUS LAWSUITS**

    A.    Have you begun any other lawsuits in state or federal court relating to your imprisonment?    ☐ Yes   ☒ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

        1.    Parties to previous lawsuits:
              Plaintiff(s): **Darvice Robinson**

              Defendant(s): **Madison County Jail**

        2.    Court (if federal court, name of the district; if state court, name of the county):

        3.    Docket number:

        4.    Name of Judge to whom case was assigned:

        5.    Type of case (for example: Was it a habeas corpus or civil rights action?):

        6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

        7.    Approximate date of filing lawsuit:

        8.    Approximate date of disposition:

III. **GRIEVANCE PROCEDURE**

    A.    Is there a prisoner grievance procedure in the institution? ☑ Yes   ☐ No

    B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☑ Yes   ☐ No

    C.    If your answer is YES,
        1.    What steps did you take? *Sending grievance to IDOC*

        2.    What was the result? *None back*

    D.    If your answer is NO, explain why not. *they never respond*

    E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☑ No

    F.    If your answer is YES,
        1.    What steps did you take?

        2.    What was the result?

    G.    If your answer is NO, explain why not. *there is none*

    H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

*N/A*

IV. STATEMENT OF CLAIM

    A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I was strip down out of all my underwear in the day room around other inmates. My cell mate Dana Radolph started sexual assaulting me when we got back to our cell every night. I was to afraid to say some to stop him. but I have a witness in my case. Now I feel unsafe at the Madison County Jail. end statement.

(Rev. 7/2010)

V.  **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

*I want the state to award me $75,000 cash for all the abuse I went through or more*

VI.  **JURY DEMAND** (check one box below)

The plaintiff ☐ does  ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: *6-29-2015*
(date)

*405 Randle Street*
Street Address

*Edwardsville, IL. 62025*
City, State, Zip

*Darvice Robinson*
Signature of Plaintiff

*Darvice Robinson*
Printed Name

*88614*
Prisoner Register Number

_____
Signature of Attorney (if any)

(Rev. 7/2010)                                6